**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 107.4.23.105 | 4/22/15 02:00:56 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Inkster | Wayne |
| 2 | 76.122.134.63 | 4/22/15 01:38:17 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Northville | Wayne |
| 3 | 98.243.94.205 | 4/21/15 11:57:54 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Sterling Heights | Macomb |
| 4 | 96.35.103.182 | 4/21/15 11:37:15 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Pinckney | Livingston |
| 5 | 71.238.87.67 | 4/21/15 10:17:23 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Ypsilanti | Washtenaw |
| 6 | 71.227.121.188 | 4/21/15 09:55:54 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Ypsilanti | Washtenaw |
| 7 | 68.51.174.255 | 4/21/15 09:33:09 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Troy | Oakland |
| 8 | 107.5.142.55 | 4/21/15 09:33:04 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Roseville | Macomb |
| 9 | 68.34.248.113 | 4/21/15 09:18:03 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Sterling Heights | Macomb |
| 10 | 98.209.112.155 | 4/21/15 09:04:24 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Detroit | Wayne |
| 11 | 68.37.246.145 | 4/21/15 09:02:30 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Cable | Ferndale | Oakland |
| 12 | 70.90.141.61 | 4/21/15 04:42:06 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Comcast Business Communications | Detroit | Wayne |

**Exhibit B**